R. W. MERRITT, Appellant,

v.

J. B. ESTES' ADMINISTRATRIX,
(Earle Estes), Appellee.

Court of Appeals of Kentucky.

Nov. 12, 1954.

Rehearing Denied Feb. 11, 1955.

Redwine & Redwine, M. C. Redwine,
Winchester, for appellant.

D. L. Pendleton, Winchester, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clark Circuit Court dismissing appellant's petition in an equity action for the recovery of $998.84. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court, and we find no prejudicial error.

Appeal denied. Judgment affirmed.